UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :          No. 3:18-mj-611(JAM)
                                  :
        v.                        :
                                  :
TODD MILLER                       :          April 18, 2018

STIPULATED EXTENSION OF PRELIMINARY HEARING DEADLINE

Pursuant to Fed. R. Crim. P. Rule 5.1(d), the parties to the above-captioned case hereby respectfully request that the Court extend the otherwise-applicable 21-day deadline for holding a Preliminary Hearing to Friday, June 8, 2018, based on the following:

1.      The parties seek to discuss the possibility of resolving the case short of indictment.

2.      The defendant is aware of his right to have had a preliminary hearing within 21 days of the initial appearance, and consents to the extension requested herein.

                                  Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

HENRY K. KOPEL                              TODD MILLER
ASSISTANT U.S. ATTORNEY                     DEFENDANT

                                           TRACY HAYES, ESQ.
                                           COUNSEL FOR THE DEFENDANT

The requested extension is:   _____ granted, good cause being shown  /  ____ denied.

SO ORDERED.

_____          _____
HON. JEFFREY ALKER MEYER                   DATE
UNITED STATES DISTRICT JUDGE