UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:18-mj-611(JAM) |
| | : | |
| v. | : | |
| | : | |
| TODD MILLER | : | April 19, 2018 |

JOINT MOTION TO SEAL UNREDACTED, "STIPULATED
EXTENSION OF PRELIMINARY HEARING DEADLINE," AND
TO PUBLICLY DOCKET ATTACHED, REDACTED COPY

The United States respectfully moves this Court to order re-sealed forthwith, the previously-filed "Stipulated Extension of Preliminary Hearing Deadline" (docket entry #18), and to place instead on the public docket, the attached redacted copy. Counsel for the defendant and the government both join in this Motion.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s/ Henry K. Kopel*

HENRY K. KOPEL
ASSISTANT U.S. ATTORNEY

## CERTIFICATE OF SERVICE

     I hereby certify that on April 19, 2018, I filed a copy of foregoing pleading and caused copies of same to be served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.  A copy of the foregoing pleading also is being sent via E-mail to counsel for the defendant, Tracy Hayes, Esq., at Tracy_Hayes@fd.org, and to anticipated co-counsel for the defendant, Stacey Richman, Esq., at srichmanlaw@msn.com.

*/s/ Henry K. Kopel*

Assistant U.S. Attorney

# Attachment A: Redacted Stipulation for Public Docketing

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:18-mj-611(JAM) |
| v. | : | |
| TODD MILLER | : | April 18, 2018 |

STIPULATED EXTENSION OF PRELIMINARY HEARING DEADLINE

Pursuant to Fed. R. Crim. P. Rule 5.1(d), the parties to the above-captioned case hereby respectfully request that the Court extend the otherwise-applicable 21-day deadline for holding a Preliminary Hearing to Friday, June 8, 2018, based on the following:

1. The parties seek to discuss the possibility of resolving the case short of indictment.

2. The defendant is aware of his right to have had a preliminary hearing within 21 days of the initial appearance, and consents to the extension requested herein.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

_____
HENRY K. KOPEL
ASSISTANT U.S. ATTORNEY

_____
TODD MILLER
DEFENDANT

_____
TRACY HAYES, ESQ
COUNSEL FOR THE DEFENDANT

The requested extension is: ____ granted, good cause being shown / ____ denied.

SO ORDERED.

_____              _____
HON. JEFFREY ALKER MEYER                    DATE
UNITED STATES DISTRICT JUDGE