UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:18-mj-611(JAM) |
| v. | : | |
| TODD MILLER | : | May 29, 2018 |

### STIPULATED EXTENSION OF PRELIMINARY HEARING DEADLINE

Pursuant to Fed. R. Crim. P. Rule 5.1(d), the parties to the above-captioned case hereby respectfully request that the Court extend the currently-applicable, June 8, 2018, preliminary hearing date to Friday, September 14, 2018, based on the following:

1. The parties are discussing several matters related to the possibility of resolving the case short of indictment.

2. The defendant is aware of his right to have a preliminary hearing within 21 days of the initial appearance, and consents to the extension requested herein.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

_____
HENRY K. KOPEL
ASSISTANT U.S. ATTORNEY

_____
STACEY RICHMAN, ESQ.
COUNSEL FOR THE DEFENDANT

_____
TODD MILLER
DEFENDANT

_____
TRACY HAYES, ESQ.
COUNSEL FOR THE DEFENDANT

The requested extension is: ____ granted, good cause being shown  /  ____ denied.

SO ORDERED.

_____
HON. JEFFREY ALKER MEYER
UNITED STATES DISTRICT JUDGE

_____
DATE