UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:18-mj-611(JAM) |
| | : | |
| v. | : | |
| | : | |
| TODD MILLER | : | January 25, 2019 |

### STIPULATED EXTENSION OF PRELIMINARY HEARING DEADLINE

Pursuant to Fed. R. Crim. P. Rule 5.1(d), the parties to the above-captioned case hereby respectfully request that the Court extend the currently-applicable, February 1, 2019, preliminary hearing date to Wednesday, May 1, 2019, based on the following:

1.     The parties are discussing several matters related to the possibility of resolving the case short of indictment.

2.     The defendant is aware of his right to have a preliminary hearing within 21 days of the initial appearance, and consents to the extension requested herein.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY


_____              _____
HENRY K. KOPEL                                              TODD MILLER
ASSISTANT U.S. ATTORNEY                           DEFENDANT


_____              _____
STACEY RICHMAN, ESQ.                              TRACY HAYES, ESQ.
COUNSEL FOR THE DEFENDANT              COUNSEL FOR THE DEFENDANT

The requested extension is:   ____ granted, good cause being shown   /  ____ denied.

SO ORDERED.


_____              _____
HON. JEFFREY ALKER MEYER                    DATE
UNITED STATES DISTRICT JUDGE