UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:18-MJ-611 (JAM) |
| | : | |
| v. | : | |
| | : | |
| TODD MILLER | : | |

AFFIDAVIT OF STACEY RICHMAN, ESQ.
IN SUPPORT OF MOTION FOR VISITING ATTORNEY STATUS
(*PRO HAC VICE*) IN ACCORD WITH LOCAL RULE 83.1(D)

I, Stacey Richman, Esq. swear upon penalty of perjury:

1. I, Stacey Richman, Esq. with an office address of 2027 Williamsbridge Road, Bronx, New York 10461; telephone number 718-892-8588, fax number 718-518-0674 and email srichmanlaw@msn.com; am a partner in the law firm of Richman Hill & Associates, PLLC.

2. I am or have been a member of the following bars: New York State (Reg. #: 2469617), State of New Jersey (No. 041871991), State of California (SB#: 169585, Southern District of New York, Eastern District of New York, District of New Jersey, the Central District of California, the Second Circuit Court of Appeals and the Supreme Court of the United States.

3. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing; and

4. I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

5. I have fully reviewed and am familiar with the Federal Rules of Criminal Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut and the Connecticut Rules of Professional Conduct.

6. I designate my respected sponsoring attorney Philip Russell, Esq. as my agent for service of process and the District of Connecticut as the forum for the

resolution of any dispute arising out of my admission under this Local Rule 83.1(d).

7. There should be no modification necessary for any scheduling order entered pursuant to Fed. R. Civ P. 16(b); I have been throughout in close contact with the Government in this matter to facilitate review of information necessary to the evaluation of this matter.

8. I respectfully request this Court's leave to be admitted as a visiting attorney and intend to seek full admission to the respected Bar of this Court in due course.

9. Presented with this application pursuant to Local Rule 83.1(d)(3) is the requisite fee to the Clerk of the Court.

10. Should admission under Local Rule 83.1(d) be granted I shall promptly file with the Clerk of the Court a certificate of good standing from the State of New York, the state in which my primary office is located. Local Rule 83.1(d)(4).

Dated: July 17, 2019

Most respectfully,

Stacey Richman
2027 Williamsbridge Road
Bronx, New York 10461
Tel. 718-892-8588
Fax. 718-518-0461