## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:18mj611 (JAM) |
| TODD MILLER | : | August 4, 2019 |

### MOTION TO WITHDRAW AS APPOINTED COUNSEL

Undersigned counsel, Tracy Hayes, respectfully requests leave to withdraw as counsel for the Defendant, Todd Miller, in the above-captioned case. Counsel states the following grounds in support of this motion.

The Office of the Federal Defender was appointed to represent Mr. Miller on April 10, 2018. The Defendant subsequently retained private counsel, who filed an appearance on July 29, 2019.

WHEREFORE, the undersigned requests that the Court terminate the appearance of the Office of the Federal Defender.

Respectfully submitted,

THE DEFENDANT,
Todd Miller

Dated: August 4, 2019

          /s/ Tracy Hayes
Tracy Hayes
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT. 06510
Bar No. phv06527
(203) 498-4200
Email: tracy_hayes@fd.org

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on August 4, 2019, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Tracy Hayes
Tracy Hayes