UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:18-mj-611(JAM) |
| | : | |
| v. | : | |
| | : | |
| TODD MILLER | : | September 23, 2019 |

STIPULATED MOTION TO EXTEND PRELIMINARY HEARING DEADLINE

Pursuant to Fed. R. Crim. P. Rule 5.1(d), the parties to the above-captioned case hereby respectfully request that the Court extend the currently-applicable, October 1, 2019, preliminary hearing date by three months, to Friday, January 3, 2020, based on the following considerations:

**[REDACTED]**

The defendant is aware of his right to have a preliminary hearing within 21 days of the initial appearance, and consents to the extension requested herein, for all of the reasons set forth above.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

/s/ Henry K. Kopel                              /s/ Todd Miller

HENRY K. KOPEL                                  TODD MILLER
ASSISTANT U.S. ATTORNEY                         DEFENDANT

                                                /s/ Stacey Richman

                                                STACEY RICHMAN, ESQ.
                                                COUNSEL FOR THE DEFENDANT

<u>CERTIFICATE OF SERVICE</u>

      This is to certify that a copy of the within pleading is being sent by E-mail on September 23, 2019, to counsel for defendant Miller, Stacey Richman, Esq., at <u>srichmanlaw@msn.com</u>.

                       /s/ Henry Kopel

                     Assistant U.S. Attorney