UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 3:18-mj-611(JAM) |
| | : | |
| TODD MILLER | : | |

**ORDER**

Upon consideration of the Parties' Stipulated Motion to Extend Preliminary Hearing Deadline ("Motion to Extend"), the representations made therein, the consent of both parties, the full record of the case, and good cause having been shown,

IT IS HEREBY ORDERED that the Motion to Extend is granted; and

IT IS FURTHER ORDERED that the date of the Preliminary Hearing in this matter is rescheduled from July 31, 2020, to October 31, 2020, at _____ a.m. / p.m.

Dated this \_\_\_\_\_ day of _____, 2020, at New Haven, Connecticut.

HON. JEFFREY ALKER MEYER
UNITED STAETS DISTRICT JUDGE