UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:18-mj-611(JAM) |
| | : | |
| v. | : | **Under Seal** |
| | : | |
| TODD MILLER | : | January 14, 2021 |

STIPULATED MOTION TO EXTEND PRELIMINARY HEARING DEADLINE

Pursuant to Fed. R. Crim. P. Rule 5.1(d), the parties to the above-captioned case hereby respectfully request that the Court extend the currently-applicable, January 29, 2021, preliminary hearing date by three months, to Friday, April 30, 2021, based on the following considerations:

# REDACTED

4.   It is reasonably anticipated that these matters will occupy the parties through at least the month of April 2021.

5.   The defendant is aware of his right to have a preliminary hearing within 21 days of the initial appearance, and consents to the extension requested herein, for all of the reasons set forth above.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

/s/ *Henry K. Kopel*                    /s/ *Todd Miller*

HENRY K. KOPEL                    TODD MILLER
ASSISTANT U.S. ATTORNEY           DEFENDANT

                                  /s/ *Stacey Richman*

                                  STACEY RICHMAN, ESQ.
                                  COUNSEL FOR THE DEFENDANT